**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | : | Chapter 7 |
|---|---|---|
| Ricks Beauty Shop, Inc. | : | |
| | : | Case No.: 22-11109-ELF |
| Debtor(s) | : | |

## O R D E R

AND NOW, this __31st__ day of __May__, 2022, upon consideration of the within Motion to Extend Time to File Required Documents, it is hereby:

**ORDERED** that the Motion that is **GRANTED**, and the Debtor is given an extension to file all required documents with the Court on or before **May 27, 2022**.

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**