IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|    Ricks Beauty Shop Inc. | : | Chapter 7 |
| | : | Case No.: 22-11109-ELF |
|    Debtor(s) | : | |

## MOTION TO VACATE ORDER
## DISMISSING THE CHAPTER 7 CASE

Debtor, Ricks Beauty Shop Inc., by and through Attorney Brad J. Sadek, Esq., moves this Honorable Court to vacate the May 31, 2022 Order Dismissing the Chapter 7 case and in support thereof avers the following:

1. The above captioned bankruptcy matter was filed as an Emergency Chapter 7 on April 29, 2022.

2. Per the Order filed on May 2, 2022 marking the deadline for remaining schedules to be filed, Debtor filed a Motion to Extend Time, requesting additional time to supply the remaining schedules.

3. On May 31, 2022, an Order was entered granting the debtor an extension to May 27, 2022.

4. On May 31, 2022, the debtor was in possession of the remaining schedules was expected to return the signed petition to counsel on the same date.

5. On May 31, 2022, an Order was entered dismissing the Chapter 7 case.

6. On June 2, 2022, the debtor returned the signed Petition to counsel and remaining schedules were filed.

7. The debtor avers they are willing to comply with any and all procedures and obligations required to see their case through to discharge.

WHEREFORE, Debtor, by and through the undersigned counsel, respectfully request this Honorable Court to enter an Order Vacating the May 31, 2022 Order dismissing the Chapter 7 case.

Dated: June 2, 2022

/s/ Brad J. Sadek, Esquire
Brad J. Sadek, Esquire
Sadek and Cooper
1315 Walnut Street
Suite 502
Philadelphia, PA 19107